# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

DARRELL HANSON                                                    PLAINTIFF

v.                              No. 3:26-cv-166-DPM

DEXTER PAYNE, Director, ADC;
JAMES GIBSON, Warden, Varner
Unit, ADC;  JAMES DYCUS, Warden,
Mississippi County Work Release Center,
ADC;  DOES, John 1-7, Jane 1-2,
ADC/MCWRC employees/officials                              DEFENDANTS

## ORDER

Hanson paid the filing fee.  *Doc. 1.*  The next issue is service. The Court directs the Clerk to issue summonses for the defendants at the addresses provided in the complaint and mail copies of the summonses, the complaint, and this Order to Hanson, who is responsible for service of process.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2026