**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DARRELL HANSON** **PLAINTIFF**

**v.** **No. 3:26-cv-166-DPM**

**DEXTER PAYNE, Director, ADC; JAMES GIBSON, Warden, Varner Unit, ADC; JAMES DYCUS, Warden, Mississippi County Work Release Center, ADC; JOHN DOES 1–7, ADC/MCWRC employees; and JANE DOES 1–2, ADC/MCWRC employees** **DEFENDANTS**

# ORDER

The defendants' motion to file a reply, *Doc. 8*, is granted. Reply due by 28 September 2026. In the future, any moving party may reply within seven calendar days of a response.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

22 September 2026